# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re** | ) | **JUDGE RICHARD L. SPEER** |
| | ) | |
| Van Ham Dairy Leasing, LLC | ) | **Case No.**   10-36120 - Ch.11 |
| | ) | |
| **Debtor(s)** | ) | |

## O R D E R

This cause comes before the Court upon the filing of the above captioned Case under Chapter 11 of the Bankruptcy Code.

Upon the Court's Own Motion, it is

**ORDERED** that all Motions for Authority for Use of Cash Collateral filed during the pendency of this Chapter 11 Case *shall be subject to further order and review by this Court.*

It is **FURTHER ORDERED** that a written Order of Approval by this Court shall be required for Authority for Use of Cash Collateral by the Debtor-In-Possession.

Dated:    SEP - 7 2010

/S/ RICHARD L. SPEER
_____
**RICHARD L. SPEER**
**United States Bankruptcy Judge**